

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00913-CV

**IN THE INTEREST OF L.T.D.**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-01371
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed: April 9, 2014.

JOINT MOTION TO DISMISS GRANTED; APPEAL DISMISSED

The parties filed a joint motion to dismiss this appeal for mootness. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


PER CURIAM